DR.SHEBETH O. WEALTH
2031 S. Clark st
Chicago IL 60616
(872)355-6178
IGNORANCEFREE@GMAIL.COM

RECEIVED

JAN 20 2026 JKS

THOMAS G. BRU
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT – NORTHERN DISTRICT OF ILLINOIS EVERETT

# MCKINLEY DIRKSEN U.S. COURTHOUSE

# 219 S. DEARBORN ST., CHICAGO, IL 60604

# FEDERAL JUDICIAL DISTRICT

DR.SHEBETH O. WEALTH,

       Plaintiff,

vs.

Holsten management corporation, et al.,,

       Defendant

Case No.:

. COMPLAINT – FEDERAL CIVIL RIGHTS & SUPPLEMENTAL CLAIMS

1:26-cv-00635
Judge LaShonda A. Hunt
Magistrate Judge M. David Weisman
RANDOM/Cat 2

## COMPLAINT

## JURISDICTION.

1. Federal question jurisdiction under 28 U.S.C. § 1331 and 42 U.S.C. § 1983; supplemental jurisdiction under 28 U.S.C. § 1367.

## FACTS

2. Plaintiff is a tenant subjected to prolonged unsafe conditions after notice.

3. Defendants' conduct caused displacement, health concerns, and deprivation of safe housing.

4. Plaintiff alleges retaliatory and arbitrary conduct impacting federally protected rights.

## COUNT I – DEPRIVATION OF RIGHTS (42 U.S.C. § 1983)

. COMPLAINT – FEDERAL CIVIL RIGHTS & SUPPLEMENTAL CLAIMS - 1

5. Defendants, acting under color of law where applicable (regulatory interface and enforcement failures), caused deprivation of rights.

## COUNT II – RETALIATION

6. Adverse actions followed protected complaints.

COUNT III – SUPPLEMENTAL STATE CLAIMS

7. Negligence and habitability violations.

RELIEF REQUESTED

Declaratory relief, damages, fees where permitted, and such other relief as just.

**JURY DEMAND: Yes.**

Respectfully submitted,

Shebeth Wealth, Pro Se

Date: _1/20/26_

———

**B. EXHIBIT LIST (FEDERAL)**

• Ex. A – 311/DOB records

• Ex. B – Correspondence

• Ex. C – Video evidence (by motion)

———

C. **VERIFICATION**
. COMPLAINT – FEDERAL CIVIL RIGHTS & SUPPLEMENTAL CLAIMS - 2